UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-537-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| STACI CLIFFORD, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 12, 2006. The United States was represented by AUSA Mark Parrent and the defendant by Robert H. Gombiner. The proceedings were digitally recorded.

Defendant had been sentenced on or about April 28, 2004 by the Honorable Thomas S. Zilly on a felony charge of Theft of Public Money, and sentenced to 30 months custody, 3 years supervised release. (Dkt. 19).

The conditions of supervised release included the standard conditions plus the requirements that defendant not possess any firearms, submit to mandatory drug testing, participate in substance abuse treatment, abstain from the use of alcohol, submit to search, refrain from gambling or

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

entering a gambling establishment, attend Gamblers' Anonymous meetings, pay restitution in the amount of $124,639.00, provide access to financial information, maintain a single checking account for all financial transactions, disclose all assets and liabilities, not incur any new credit or financial obligations, refrain from employment with direct access to cash or negotiable instruments unless employer is notified, and notify her probation officer of any change in financial circumstances.

In an application dated August 28, 2006 (Dkt 21), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of supervised release:

1.   Consuming alcohol on August 18, 2006 in violation of the special condition that she refrain from the use of alcohol.

2.   Committing the crime of driving under the influence, in violation of the general condition that she not commit another federal, state or local crime.

3.   Failing to make payments toward restitution as instructed by the probation office, in violation of the special condition that she pay restitution in the amount of $124,639 in monthly installments of not less than 10% of her gross monthly household income.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violation 1 and waived any evidentiary hearing as to whether it occurred. The government moved to dismissed alleged violations 2 and 3.

I therefore recommend the Court find defendant violated her supervised release as alleged in violation 1, and that the Court conduct a hearing limited to the issue of disposition. I recommend that the Court dismiss violations 2 and 3. The next hearing will be set before Judge Zilly.

01    Pending a final determination by the Court, defendant has been released on the conditions
02 of supervision.
03    DATED this 12th day of October, 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

08 cc:   District Judge:         Honorable Thomas S. Zilly
         AUSA:                   Mark Parrent
09       Defendant's attorney:   Robert H. Gombiner
         Probation officer:      Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO  ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 3