1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

STACI CLIFFORD,

Defendant.

CASE NO. CR03-537 TSZ

SUMMARY REPORT OF U.S.
MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

## INTRODUCTION

The Court conducted an evidentiary hearing on alleged violations of supervised release in this case on April 10, 2007.  The United States was represented by Norman Barbosa.  The defendant was represented by Robert Gombiner.

## CONVICTION AND SENTENCE

Defendant had been convicted of Felony Theft of Public Money on or about April 28, 2004.  The Hon. Thomas S. Zilly of this court sentenced Defendant to 30 months of confinement, followed by 3 years of supervised release.  The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

<u>DEFENDANT'S ADMISSION</u>

U.S. Probation officer Angela McGlynn alleges Defendant violated the conditions of supervised release in the following respects:

(1)    Consuming alcohol on or about December 11, 2006, and January 5, 2007, in violation of special condition that she refrain from the use of alcohol.

(2)    Failing to be truthful to the United States Probation Officer on or about March 16, 2007, in violation of standard condition No. 3.

(3)    Failing to attend Alcoholics Anonymous meetings in February 2007, in violation of the special condition that she satisfactorily complete an intensive outpatient drug and alcohol treatment program at Alpine Recovery.

(4)    Failing to maintain an ignition interlock device on her vehicle since sometime after January 10, 2007, in violation of the special condition that she maintain an ignition interlock device on her vehicle until the completion of alcohol treatment.

At an initial appearance held March 28, 2007,  I advised the defendant of violations Nos. 1-3, and of her constitutional rights.  Defendant denied the allegations and requested an evidentiary hearing before a Magistrate Judge.  On April 4, 2007, a supplemental violation of supervise release report was filed with the Court to include violation No. 4.  At today's evidentiary hearing, the defendant admitted violation Nos. 2-4 and the Government has agreed to dismiss violation No. 1.

<u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

Based upon the foregoing, I recommend the Court find that Defendant has violated the conditions of her supervised release as alleged and set the matter for a disposition hearing.

//

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

1    Defendant has been released on bond with conditions pending final determination by

2  the Court.

3    DATED this 12th day of April, 2007.

4

5

6

7    MONICA J. BENTON
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21  cc:   Sentencing Judge          :      Hon. Thomas S. Zilly
22        Assistant U.S. Attorney   :      Norman Barbosa
          Defense Attorney          :      Robert Gombiner
23        U. S. Probation Officer   :      Angela Mc Glynn

24

25

26

27

28
     SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
     TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
     PAGE -3-